THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN C. BERGEN, Appellant.

*People* v. *Bergen*, 147 App. Div. 903, appeal dismissed.
(Submitted June 2, 1913; decided June 10, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 10, 1911, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of section 720 of the Penal Law.

The motion was made upon the ground of failure to prosecute the appeal.

*James C. Cropsey, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.